IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR42-MU

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AMY FINFROCK, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on the defendant's document captioned as a "Motion For Release To CCC Custody Pursuant To Case Law," October 31, 2006.

By the instant Motion, the defendant is asking to be re-leased to a community corrections center (or halfway house) to the time that she is determined to have reached her so-called "10% date" of April 20, 2007, that is, the date upon which she will only have 10% of her sentence remaining to be served.

In any event, in light of this request, the Court finds that the government should be permitted to respond to the subject Motion. Accordingly, the government will be directed to file such a response as hereafter stated.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT** within thirty (30) days of the date of this Order, the government shall file a response to the defendant's Motion for Release.

**SO ORDERED.**

Signed: November 1, 2006

Graham C. Mullen
United States District Judge