# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CASE NO. 3:03 cr 42

UNITED STATES OF AMERICA

V.

AMY FINFROCK

## ORDER

**THIS MATTER** is before the Clerk due to his fiduciary duty to disperse restitution payments in accordance with the Judgments of this court. On May 7, 2004, the "Judgement" of this court [Doc. 18] directed that restitution of $604,389.94 be paid to Bespoke, Inc.

On October 1, 2018, the Clerk received notification that Bespoke Inc. changed its name to Bespoke Textile Computer Systems Limited and requested that future restitution payments be made payable to Bespoke Textile Computer Systems Limited instead of made payable to Bespoke, Inc.

At the Clerk's request Bespoke Textile Computer Systems Limited provided the following documents for review:

- Articles of Incorporation of Bespoke, Inc., on file with the NC Secretary of State,
- Resolution of the Extraordinary General meeting of the members of Bespoke, Inc. whereby the company was dissolved, and,
- Certificate of Incorporation on Change of Name to Bespoke Textile Computer Systems Limited.

Upon review of these documents the Clerk has determined that Bespoke Textile Computer Systems Limited is a continuing company of Bespoke, Inc and the only successor to the original company. Accordingly, the Clerk's Financial Department is ORDERED to remit all restitution payments in this case previously directed to be paid to Bespoke Inc. and make the restitution payments payable to Bespoke Textile Computer Systems Limited at the address provided to the Financial Department by said company.

A copy of this Order is to be served on all parties and the Financial Department of this court.

**So, ORDERED, this 12th day of October 2018.**

*Frank G. Johns, Clerk*